958 F.2d 363
 Johnstone (Bonnie)
v.
North American Van Lines Inc., Doe (John); Miller (Gregory),
Close (Richard), Blansett (Roger), Allen (Dwayne), Kennedy
(Bill), Groff (Carlton Lee), Joy (James), Gardner (David),
Owens (Forest), O'Brien (Tim), Hulsey (John), Lewis
(Robert), Hill (Joe), Goodman (William), Fix (Harold),
Harper (Donald), DiStefano (Raymond), Boyles (George),
Dockendorf (Joseph), Trisch (Dennis), Thibeault (Maurice),
Hennessey (James), Graham (Howard), Fosdick
 NOS. 91-3567, 91-3568
 United States Court of Appeals,
Third Circuit.
 Feb 13, 1992
 
 Appeal From: W.D.Pa.,
 Cohill, J.
 
 
 1
 AFFIRMED.